IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| JOSEPH DANIEL GOADE, | ) | |
| Plaintiff, | ) | <u>Case No.: 3:15-cv-01067</u> |
| | ) | |
| v. | ) | Judge Trauger |
| | ) | |
| PARKER COMPOUND BOWS, INC., | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | **JURY TRIAL REQUESTED** |

**MOTION TO APPEAR TELEPHONICALLY
AT INITIAL CASE MANAGEMENT CONFERENCE**

Defendant, Parker Compound Bows, Inc., respectfully requests that out-of-state counsel, Daniel L. Fitch, be allowed to appear by telephone for the initial case management conference scheduled for Friday, June 17, 2016 at 1:30 p.m. in the chambers of Judge Aleta A. Trauger. Defendant's counsel, Matthew C. Cox, will be present at the conference.

WHEREFORE, Defendant requests that Daniel L. Fitch be allowed to appear by telephone for the initial case management conference.

Dated: June 10, 2016

Respectfully submitted,

/s/ Daniel L. Fitch
(*admitted pro hac vice*)
   Virginia State Bar No. 26362
   West Virginia State Bar No. 9322
   Colorado State Bar No. 35566
   Wyoming State Bar No. 6-3797
   Email: dfitch@wawlaw.com
Lauren R. Darden
(*admitted pro hac vice*)
   Virginia State Bar No. 72867
   Email: ldarden@wawlaw.com
WHARTON ALDHIZER & WEAVER, PLC
100 South Mason Street
Harrisonburg, VA 22801

/s/ Matthew C. Cox (TN Bar #028212)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615-850-8136
Facsimile: 615-244-6804
Email: matt.cox@wallerlaw.com

***ATTORNEYS FOR DEFENDANT
PARKER COMPOUND BOWS, INC.***